**IN THE UNITED STATES BANKRUPTCY COURT**
**FOR THE DISTRICT OF DELAWARE**

| | | |
|---|---|---|
| In re: | ) | |
| | ) | |
| Robert & Hsiang Hua Hassett, | ) | 12-12525-BLS |
| | ) | |
| Debtors. | ) | Chapter 7 |

**MOTION TO REOPEN CASE, CURE FMC DEFICIENCY & GRANT DISCHARGE**

1.      The captioned debtors filed for bankruptcy on September 5, 2012 (Docket No. 1).

2.      The Debtors failed to timely file the certifications of completion of an approved financial management course and this case was dismissed.  (Docket No. 25.)

3.      The Debtors have since supplied this certificate, which is attached as **Exhibit A.**

4.      Therefore, the Debtors respectfully request that the deadline to obtain and file these certificates be extended to the date on which the order attached hereto is entered.

5.      The Debtors further request that the discharge be granted.

April 11, 2013                                                                 BILLION LAW


_____
Mark M. Billion (DE Bar No. 5263)
922 New Road
Wilmington, DE 19805
Tel: 302.428.9400
Fax: 302.450.4040
      markbillion@billionlaw.com

*For the Debtors*