IN THE UNITED STATES BANKRUPTCY COURT
FOR THE DISTRICT OF DELAWARE

In re: )
)
Robert & Hsiang Hua Hassett, ) 12-12525-BLS
)
Debtors. ) Chapter 7

**ORDER:**
**MOTION TO REOPEN CASE, CURE FMC DEFICIENCY & GRANT DISCHARGE**

IT IS HEREBY ORDERED:

1. The captioned case is hereby reopened;

2. The deadline for the Debtors to certify completion of an approved financial management course and to file the same is hereby extended to the date recorded below; and

3. The Debtors are hereby discharged pursuant to the relevant provisions of the Bankruptcy Code.

Dated: May 9, 2013

_____
J.